UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60079-CIV-COHN/SELTZER

MARIUS WEBB,

    Plaintiff,

v.

5801 SUNRISE PROPERTIES, LLC. a
Delaware company, and
MICHAEL GORDON,

    Defendants.

_____/

**NOTICE OF SETTLEMENT OF FLSA CASE**

Plaintiff, MARIUS WEBB, by and through retained undersigned counsel, and in agreement with Defendants, hereby provide notice that the parties have reached a settlement of all claims in this case. As this is an overtime wage violation case brought under the Fair Labor Standards Act ("FLSA"), the settlement will require Court review and approval pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982). The parties are in the process of negotiating and drafting the language and ancillary terms of a final settlement agreement. Once the final settlement agreement is drafted and executed, the parties will file all necessary documents with the Court.

Dated: February 9, 2016.

                                        **LAW OFFICES OF CHARLES EISS, P.L.**
                                        Attorneys for Plaintiff
                                        7951 SW 6th Street, Suite 308
                                        Plantation, Florida 33324
                                        (954) 914-7890 (Telephone)
                                        (855) 423-5298 (Facsimile)

                        By:    **/s/ Charles Eiss**

CHARLES M. EISS, Esq.
Fla. Bar #612073
ceiss@icelawfirm.com
LINDSAY M. MASSILLON, Esq.
Fla. Bar #92098
lmassillon@icelawfirm.com
NATHALY LEWIS, Esq.
Fla. Bar #118315
nlewis@icelawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of February, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Charles Eiss
CHARLES EISS, Esquire

***SERVICE LIST***
*United States District Court*
*Southern District of Florida*
*Webb v. 5801 Sunrise Properties, LLC., et al*
**CASE NO.16-60079-CIV-COHN/SELTZER**

Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq.
Florida Bar No. 92098
Email: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 914-7890
Fax: (855) 423-5298

Attorneys for Plaintiff

Michael Gordon
2011 NW 43 Terr, #125
Lauderhill, Fl 33313

5801 Sunrise Properties, LLC
c/o Registered Agent
1540 Glenway Drive,
Tallahassee FL 32301

Method of Service: Email / U.S. Mail.